BLAINE COUNTY, OKLAHOMA
F I L E D

IN THE DISTRICT COURT OF BLAINE COUNTY
STATE OF OKLAHOMA

JUL 1 4 2017

CHRISTY MATLI, CT. CLERK
BY_____
DEPUTY

BONNI J. GENZER,
    Plaintiff,

vs.

Case No. CJ-2017-29

JAMES RIVER INSURANCE COMPANY,
    Defendant.

## PETITION

Plaintiff, for her Petition against Defendant, states:

(1) On 04/17/2017, Plaintiff, an Uber driver, accepted a fare to transport a passenger from Oklahoma City to Woodward. During the return leg of that trip, an oncoming semi ejected a large metal object. The large metal object smashed through her windshield and impacted her face and head.

(2) Plaintiff has been unable to identify or locate the driver of the semi.

(3) Defendant sold insurance policy No. CA4361000K-02 to Uber Technologies, Inc. (by and through its affiliated companies, Rasier LLC, Rasier-CA LLC, Rasier-DC LLC and Rasier-PA LLC). Plaintiff is an insured under the policy, which provides $1,000,000.00 in uninsured motorist (UM) coverage for Uber "Rideshare Drivers" when they are providing rideshare transportation services.

(4) Plaintiff submitted a UM claim which Defendant refused to pay.

(5) Plaintiff has incurred and will incur medical bills; suffered and will suffer pain, disability, cognitive loss, and disfigurement; and lost and will lose income.

WHEREFORE, Plaintiff prays judgment against Defendant for the policy limit of $1,000,000, plus costs and all other appropriate relief.


EXHIBIT 1

/s/ Rex Travis
_____
REX TRAVIS, OBA #9081
PAUL KOURI, OBA #20751
GREG MILSTEAD, OBA #20782
info@travislawoffice.com
P.O. Box 1336
Oklahoma City, OK 73101-1336
Telephone: (405) 236-5400
Facsimile: (405) 236-5499
Attorneys for Plaintiff

**ATTORNEY'S LIEN CLAIMED**