IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

BONNI J. GENZER,                )
                                )
    Plaintiff,                  )
                                )
v.                              )   Case No. CIV-17-855-SLP
                                )
JAMES RIVER INSURANCE COMPANY,  )
                                )
    Defendant.                  )

## JUDGMENT

In accordance with the Order entered herein this 4th day of June, 2018, Judgment is hereby entered in favor of Defendant.

IT IS SO ORDERED this 4th day of June, 2018.

_____
SCOTT L. PALK
UNITED STATES DISTRICT JUDGE